UNITED STATES DISTRICT COURT
FOR the Northern District of Illinois
Eastern Division

*Filed Per CM/ECF LIVE, Ver 6.2.1*

| | |
|---|---|
| **BRIAN SCOTT SINGER**, Plaintiff<br><br>v.<br><br>**City of Chicago,** and<br>**Sgt. Michael Coonie**, Defendants | **Hon. Judge Manish S. Shah**<br><br>Case No. 19cv0135<br><br>*42 USC 1983* |

<u>Plaintiff's Additional Representative of Record Motion to Withdraw Limited Scope Appearance</u>

Pursuant to Local Rule 83.17, the LAW OFFICE OF FELIPE GOMEZ, Esq . By and through undersigned FELIPE N. GOMEZ, Esq., hereby respectfully MOVES this Court to grant leave to withdraw, and declare the additional 1.13.19 Limited Scope Appearance [7] (LSA) withdrawn, and in conjunction therewith reports and states the following in support:

1. Notice of Intent to withdraw was issued to Plaintiff by way of multiple media (email and voice) before and on 1.30.19, including by way of the CM/ECF system [11];

2. There are no appearances on file for Defendants, however the City has been requested to communicate directly with Plaintiff per his own Appearance, which remains in force and is, to the knowledge of undersigned as of today accurate and adequate to communicate with Plaintiff relating to notice of filings (The City has long had and still has Mr. Singer's business email, and Mr. Singer may likely indicate if that or another modality is preferred).

3. The City has been asked if it wishes a Waiver, and if so the undersigned will prepare and issue the package to the City (return to Mr. Singer), as long as that occurs prior to the presentation date of this Motion on which date undersigned hopes to be withdrawn.

4. FRCP 13/19 Investigation has been initiated, including initiation and issuance by undersigned of Subpoena to preserve potential evidence related to potential future defendants, interaction with the City DOB related to certain related aspects of the property at issue here, and advice and counsel to Plaintiff related to procedure here, thus the Movant feels that the LSA scope has been subtantially fulfilled, and the work and time spent directly on this file to date will not be billed to Plaintiff, but is Pro Bono.

5. Movant and Plaintiff have reached an impasse regarding strategic decisions regarding the prosecution of this matter, including but not limited to how to further proceed in this litigation and, most importantly, whom shall speak with the single voice to the Court, Parties and witnesses needed to avoid inadvertent tampering or misrepresentation, and concomitant confusion and delay, especially given that undersigned was the agreed sole point of contact, as stated on the LSA.

6. Other irreconcilable differences also have arisen and have not been resolved despite good faith attempts by undersigned, that make continued representation in this matter impossible.

7. The matter is at a junction where there is adequate time for Plaintiff to acquire counsel willing to take second seat, and such possible eventuality was clearly obvious to Plaintiff (who knew this Office only proceeds as lead counsel and "sole" point of contact as clearly stated on the LSA), and Movant, both of whom risked the other not continuing (in exchange for the ease of parting), and thus, this since this LSA has been provided Pro Bono, there is no prejudice to either, and given the early timing, such withdrawal will not cause substantial

prejudice or delay in this case.

8. Movant attaches the notification of party contact information as required by local rules.

## RELIEF

WHEREFORE, Movant FELIPE GOMEZ, Esq., respectfully requests that this Court waive oral argument on this motion, grant him leave to withdraw as limited scope counsel, on the above captioned matter and enter an order stating that movement has so withdrawn and granting time for Plaintiff to acquire new counsel.

Submitted By: s/ *Felipe Gomez, Esq.*  Date: **2.4.19**

LAW OFFICE OF FELIPE GOMEZ, ESQ.
3024 N. ASHLAND AVE NO. 577670
CHICAGO IL 60657
312.399.3966
T312.399.3966@GMAIL.COM
ILARDC 6197210

## CERTIFICATE OF SERVICE

I hereby certify that on 2.4.19 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Certified By: s/ *Felipe Gomez, Esq.*  Date: **2.4.19**