Case: 1:19-cv-00135 Document #: 23 Filed: 04/19/19 Page 1 of 5 PageID #:54

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRIAN S SINGER                    )
                                  )
                                  )
_____,                )
                                  )
     **Plaintiff(s),**            )
                                  )
           vs.                    )    **Case No.**
                                  )         (42 USC 1983)
City of Chicago                   )
                                  )
Seargent Michael Cooney           )
_____ ,       )
                                  )
                                  )
     **Defendant(s).**            )

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is  BRIAN S. SINGER                                       .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:19-cv-00135 Document #: 23 Filed: 04/19/19 Page 2 of 5 PageID #:55

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, Sargernt Michael Cooney #2227, is
(name, badge number if known)

☒ an officer or official employed by Chicago Police Department;
(department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is N/A at this time. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about October 9, 2016, at approximately 12:30 ☐ a.m. ☒ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of CHICAGO
_____, in the County of COOK,
State of Illinois, at 308 W. EVERGREEN AVE, CHICAGO, IL,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☒ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other:
Inter Alia: Harassed and Discriminated against Plaintiff based on his Judaism and Disabilities all the while committing ongoing violations

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**): **Plaintiff's Investigation Continues.**
Plaintiff reserves the right to amend and add to there aspects of the City of Chicago and the Police Officers or others involved in leading up to the October 2016 illegal and seizure, arrest false and severe beating and hospitalization suffered by Plaintiff (knocked out in police station to head clearing in hospital with permanent injuries) and other incidents stemming from defendant's actions, omissions, malfeasance and (including false police reports which helped incite the CPD officers where there in fact turned out to be no crime occurring), if and as needed.

8. Plaintiff was charged with one or more crimes, specifically:

   Kidnapping/Aggravated Unlawful Restraint/Criminal Trespass to Property

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____.

   ☐ Other: _____.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

After being held for 48 hours, only with explanation that the Defendants needed to perform ~~an investigation until Plaintiff was released from custody. Just before reaching the building~~ exit, Plaintiff was stopped by Sgt Cooney and directed to stay as they had aditional questions. ~~Plaintiff was then placed in arm and leg restraints at front desk.~~

~~Now in arm and leg restraints, plaintiff was~~ ~~escorted to the back to answer additional~~ questions. While walking in restraints plaintiff felt something push on the sole of his foot ~~effectively tripping and causing plaintiff to fall to the ground, banging his knees, chest and~~ head against the floor. Officers escorting plaintiff including named and soon to be named ~~officers then fell on plaintiff and began striking plaintiff with their fists, elbows and boots~~ in all areas including face, groin, abdomen and rectum.

Plaintif was then transported and left at St. Bernard's hospital.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Permanent injury to lumbar/cervical/left shoulder/Left Ankle:
Hospital/Doctor bills in excess of $15,000 and climbing

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:19-cv-00135 Document #: 23 Filed: 04/19/19 Page 5 of 5 PageID #:58

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: /s/ Brian S. Singer

Plaintiff's name *(print clearly or type)*: BRIAN S. SINGER

Plaintiff's mailing address: 308 W. Evergreen Ave #1R

City CHICAGO  State IL  ZIP 60610

Plaintiff's telephone number: (303) 905-7636

Plaintiff's email address *(if you prefer to be contacted by email)*: obsinc@gmail.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

   *If yes, please list the cases below.*

   18CV4818, 2017L010274

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

**INVESTIGATION CONTINUES/RIGHT TO AMEND TO ADD DEFENDANTS AND CLAIMS RESERVED**