IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN SINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:19-cv-00135 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO and Sergeant MICHAEL COONEY | ) ) | |
| | ) | Honorable Martha M. Pacold, |
| | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR DEFENDANTS

Attorney Christine K. Wee respectfully moves to withdraw her appearance as counsel for Defendants and in support thereof, states as follows:

1. The undersigned has filed an Appearance on behalf of all defendants.

2. The undersigned has resigned her position with the City of Chicago's Department of Law effective November 1, 2019.

3. Additional attorneys currently represent defendants and will continue to diligently and ably represent them going forward in this matter. The undersigned motion to withdraw will not prejudice the representation or cause any undue delay in this proceeding.

**WHEREFORE,** attorney Christine K. Wee respectfully requests that this Honorable Court enter an order granting the motion to withdraw and terminate her appearance for Defendants.

Dated: October 22, 2019

Respectfully submitted,

*/s/ Christine K. Wee*
Christine K. Wee
Assistant Corporation Counsel
Federal Civil Rights Litigation Division
30 N LaSalle Street, Suite 900
Chicago, IL 60602
(312) 742-6404
Attorney No. 6305240