**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

BRIAN S. SINGER
Plaintiff

v.

SGT. MICHAEL COONEY, et. al.,
Defendants-Appellees

_____

No 19-cv-135
Judge Martha M. Pacold

# **RESPONSE TO MOTION TO DISMISS FOR FAILURE TO PROSECUTE AND TO RULE TO SHOW CAUSE**

Brian Singer here responds to the Motion to Dismiss for failure to prosecute and the Rule to Show Cause of Sept. 28, 2020: The responsibility is counsel's. Counsel was ill with COVID-19 related illness (not diagnosed as such) from mid-April through mid-July 2020. He put the court's deadline for response to the Defendant's Motion to Dismiss in his calendar on the date on which the Second Amended Complaint was filed, two months after the time it was actually due, and filed that Second Amended Complaint, he then thought, timely, without checking back with the court's order. He attributes this to a degree of disorientation due to persistent debilitating fever and other symptoms of COVID-19-related illness. Counsel had never in twenty years of practice before this gotten a deadline date wrong in his calendar, and so had no reason to think he had done so in this case. Mr. Singer implores the court to excuse this default as an instance of excusable neglect due to inadvertence, mistake, carelessness, or intervening circumstances beyond a party's control.

    Sincerely,

/s/Justin Schwartz                                                 Oct. 5, 2020
Justin Schwartz

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN S. SINGER<br>Plaintiff<br><br>v.<br><br>SGT. MICHAEL COONEY, et. al.,<br>Defendants-Appellees | No 19-cv-135<br>Judge Martha M. Pacold |

_____

## NOTICE OF FILING AND PROOF OF SERVICE

I, Justin Schwartz, an attorney, hereby certify that on Aug, 9, 2020, I caused the attached document to be filed using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

ss/*Justin Schwartz*                         Oct. 5, 2020
Justin Schwartz