# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| | ) | |
| **Brian Singer** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 19-cv-00135** |
| | ) | |
| **City of Chicago, et al.,** | ) | **Hon. Martha Pacold** |
| | ) | |
| **Defendants,** | ) | |

## ITEMIZATION FOR DEFENDANTS' BILL OF COSTS

Index of attachments:

Fees for Printed or Electronically Recorded Transcripts

# Totals

| Description | Amount |
|---|---|
| Fees for Service of Subpoenas | $ - |
| Fees for Printed or Electoniclly Recorded Transcripts & Deposition | $ 43.45 |
| Fees for Witnesses | $ - |
| Fees for Exemplification and Copies of Papers Used in Discovery | $ - |
| Other | $ - |
| **TOTAL OF ALL SECTIONS** | **$ 43.45** |

Fees for Printed or Electronically Recorded Transcripts & Depositions

| Description | Type | Date | # of copy pages | Amount per page allowed to recover | Total Amount Recoverable |
|---|---|---|---|---|---|
| Singer v. City of Chicago | Court transcript | 7/31/2019 | 5 | $ 3.65 | $ 18.25 |
| Singer v. City of Chicago | Court transcript | 3/30/2022 | 28 | $ 0.90 | $ 25.20 |