# EXHIBIT 2

AO44
(Rev. 11/07)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20190176

**MAKE CHECKS PAYABLE TO:**

Jordan F. Yurchich
City of Chicago, Department of Law
30 North LaSalle Street
Chicago, IL 60602

Phone: (312) 744-1625

jordan.yurchich2@cityofchicago.org

Colleen M. Conway, CSR,RMR, CRR
Official Court Reporter
219 South Dearborn Street
Room 1918
Chicago, IL 60604

Phone: (312) 435-5594

colleen_conway@ilnd.uscourts.gov

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 12-04-2019

DATE DELIVERED: 12-17-2019

**Case Style:** 19 C 135, Brian S. Singer v City of Chicago, et al.
7/31/19 transcript of proceedings before Hon. Manish S. Shah; T/O#37015.
Condensed format requested

PAYMENT DUE UPON RECEIPT - THANK YOU!

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 5 | 3.65 | 18.25 | | 0.90 | | | 0.60 | | 18.25 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 18.25 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $18.25 |

Case Name: SINGER v. COONEY
Case Number: 19 C 0135
Client Department: **Police**
Law Division: **FCRL**
Approver Signature: Jordan Yurchich
Date Approved: 12/17/19

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: */s/ Colleen M. Conway, OCR*

DATE 12-17-2019

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of Illinois

INVOICE 202200081

Jordan Yurchich
City of Chicago, Department of Law 2
2 N. LaSalle Street
Suite 420
Chicago, IL 60602
(312) 744-1625
jordan.yurchich2@cityofchicago.org

**MAKE CHECKS PAYABLE TO:**
KATHLEEN M. FENNELL, RMR, FCRR
OFFICIAL COURT REPORTER
219 S. Dearborn Street
Room 1426
Chicago, IL 60604
(312) 435-5569
fennellofficialtranscripts@gmail.com
Tax ID: 26-1890773

__ CRIMINAL   X CIVIL

DATE ORDERED: 03-30-2022

DATE DELIVERED: 04-11-2022

**In the matter of:** 19-CV-0135, Singer v City of Chicago, et al.

Transcript of proceedings before the Hon. Martha M. Pacold of 3/30/22.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | 28 | 0.90 | 25.20 | | 0.60 | | 25.20 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 25.20 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 25.20 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/Kathleen M. Fennell

DATE: 04-11-2022

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR