**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Brian S Singer

Plaintiff,

v.

Case No.: 1:19−cv−00135
Honorable Martha M. Pacold

City of Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 13, 2024:

MINUTE entry before the Honorable Martha M. Pacold: Defendant City of Chicago's motion for bill of costs, [173], is granted. Plaintiff argues that he is unable to pay court−imposed costs at this time or in the future, and that the court should therefore exercise its discretion under Federal Rule of Civil Procedure 54(d) to decline to award such costs. [184] para. 5; see Rivera v. City of Chicago, 469 F.3d 631, 63536 (7th Cir. 2006) (courts may consider the losing party's indigence when determining whether to award costs). To deny an award of costs on the basis of indigence, a plaintiff has the burden of "provid[ing] the district court with sufficient documentation" to show that he "is incapable of paying the court−imposed costs at this time or in the future." Rivera, 469 F.3d at 635. Plaintiff states that he is unable to pay, but provides no evidence in support of his assertion. Plaintiff therefore has not shown that he is indigent. Plaintiff also asks that this court stay enforcement of the bill of costs pending appeal in this case. [184] para. 3. But "[o]ther courts in this district which have been faced with such requests have denied such stays on the grounds that they are not provided by statute and would serve no useful purpose." Sembos v. Philips Components, No. 00−cv−4651, 2003 WL 22533579, at *1 (N.D. Ill. Nov. 6, 2003) (citations omitted); Hovde v. ISLA Dev. LLC, No. 18−cv−7323, 2021 WL 7161195, at *12 (N.D. Ill. Dec. 8, 2021) (denying a stay of enforcement because "Federal Rule of Civil Procedure 54 and Local Rule 54.1 provide for payment of costs, and Defendants do not agree to stay the enforcement of such payment"). Plaintiff has not shown he is entitled to a stay or that a stay would serve any useful purpose. The bill of costs is granted. Plaintiff is taxed $43.45 in costs. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.