# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

November 5, 2025

Taxed in Favor of: **Appellee City of Chicago ; Appellee Michael Cooney ; Appellee Jason Jankowski ; Appellee Matthew Schaller**

| | |
|---|---|
| No. 24-2469 | BRIAN S. SINGER,<br>Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:19-cv-00135<br>Northern District of Illinois, Eastern Division<br>District Judge Martha M. Pacold |

The mandate or agency closing letter issued in this cause on November 5, 2025.

BILL OF COSTS issued in the amount of: $40.00.

| | **Cost of Each Item** | **Total Cost Each Item** |
|---|---|---|
| 1. For docketing a case on appeal or review or docketing any other proceeding: | ______ | ______ |
| 2. For reproduction of any record or paper, per page: | ______ | ______ |
| 3. For reproduction of briefs: | ______ | ______ |
| | TOTAL: | 40.00 |

form name: **c7_BillOfCosts** (form ID: **140**)